## E. G. PASS v. STATE.

163 'So. 583.

Opinion Filed October 31, 1935.

*Hendricks & Hendricks,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—The indictment herein being under Section 7153 (5051), Compiled General Laws, and not Section 7557 (5414), Compiled General Laws, the evidence is of such a nature that a new trial should be granted. See Coker v. State, 83 Fla. 672, 93 So. 176; Hollis v. State, 27 Fla. 387, 9 So. 67. See also McCaskill v. State, 55 Fla. 117, 45 So. 843.

Reversed.

WHITFIELD, C. J., and TERRELL, BUFORD and DAVIS, J. J., concur.